

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00303-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5336
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On June 24, 2014, the court ordered court reporter Cindy Huggins to file the reporter's record in this case by July 24.  The record has not been filed. Instead, the reporter has requested an extension of time until August 25, 2014 to file the record.

We **grant** the motion and **order** Cindy Huggins to file the reporter's record by **August 25, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court